**Opinion issued December 17, 2020**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-19-00681-CV

_____

**ASHLEY ALLESSANDRIA HOLDEN, Appellant**

**V.**

**QUADRY MILLS, Appellee**

---

**On Appeal from the 507th District Court**
**Harris County, Texas**
**Trial Court Case No. 2019-42557**

---

## MEMORANDUM OPINION

Appellant, Ashley Allessandria Holden, has failed to timely file a brief.  *See*

TEX. R. APP. P. 38.6(a), 38.8(a).  After being notified that this appeal was subject to

dismissal, appellant did not adequately respond.  *See* TEX. R. APP. P. 42.3(b), (c).

We dismiss the appeal for want of prosecution for failure to timely file a brief.  *See* TEX. R. APP. P. 38.8(a), 42.3(b), (c), 43.2(f).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Hightower, and Countiss.